## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-0140-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.   Failure to include this number
  may result in a delay in the consideration of your claims.**)

BOBBY E. BURTON JR.,

     Applicant,

v.

[NO NAMED RESPONDENT],

     Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant Bobby E. Burton Jr. initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action       As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.   Applicant will be directed to cure the following if he wishes to pursue his claims.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) _____   is not submitted
(2) _____   is missing affidavit
(3) _____   is missing certified copy of prisoner's trust fund statement for the 6-month
          period immediately preceding this filing
(4) _X_   Applicant has not submitted a certified account statement showing the

current balance in his inmate account
(5) ___ is missing required financial information
(6) _X_ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the Court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other:

**Complaint, Petition or Application**:

(11) ___ is not submitted
(12) ___ is not on proper form (must use a Court-approved form used in filing 28 U.S.C. § 2241 Application if Applicant is challenging the execution of his sentence)
(13) _X_ is missing an original signature by Applicant
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court.   Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) _X_ other: All sections of the form are not properly completed.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at  www.cod.uscourts.gov.   It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED January 21, 2016, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge